```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 07 B 08446
   RAYMOND THOMAS
                                                CHAPTER 13

                                                JUDGE: JACQUELINE P COX

        Debtor
   SSN XXX-XX-9585

--------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 05/08/2007 and was confirmed 08/06/2007.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.60%.

     The case was dismissed after confirmation 12/10/2007.
--------------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                             PAID          PAID
--------------------------------------------------------------------------------
AMERICAN SERVICING         CURRENT MORTG     324.30             .00         324.30
AMERICAN SERVICING         MORTGAGE ARRE        .00             .00            .00
AMERICAS SERVICING COMPA   CURRENT MORTG    1558.18             .00        1558.18
AMERICAS SERVICING COMPA   MORTGAGE ARRE        .00             .00            .00
CODILIS & ASSOCIATES ^     NOTICE ONLY    NOT FILED             .00            .00
QUATANYA GARMON            NOTICE ONLY    NOT FILED             .00            .00
COOK COUNTY CHILD SUPPOR   NOTICE ONLY    NOT FILED             .00            .00
ARNELL & ASSOCIATES        UNSECURED      NOT FILED             .00            .00
COMMONWEALTH EDISON        UNSECURED         476.76             .00            .00
HERITAGE ACCEPTANCE CORP   UNSECURED        4760.63             .00            .00
GIKAS AND BRATCHER PC      NOTICE ONLY    NOT FILED             .00            .00
LAKE CO SUPERIOR COURT D   NOTICE ONLY    NOT FILED             .00            .00
MEMORIAL HOSPITAL          UNSECURED      NOT FILED             .00            .00
NICOR GAS                  UNSECURED      NOT FILED             .00            .00
ARGENT HEALTHCARE FINANC   UNSECURED        1633.00             .00            .00
ARGENT HEALTHCARE FINANC   NOTICE ONLY    NOT FILED             .00            .00
ROUNDUP FUNDING LLC        UNSECURED         299.30             .00            .00
PORTFOLIO RECOVERY ASSOC   UNSECURED         801.97             .00            .00
TIMOTHY K LIOU             DEBTOR ATTY     1,500.20                            .00
TOM VAUGHN                 TRUSTEE                                          139.52
DEBTOR REFUND              REFUND                                              .00

     Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                    RECEIPTS          DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE              2,022.00

PRIORITY                                      .00
SECURED                                  1,882.48
UNSECURED                                     .00
ADMINISTRATIVE                                .00

                    PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 07 B 08446 RAYMOND THOMAS
```

```
TRUSTEE COMPENSATION                                               139.52
DEBTOR REFUND                                                         .00
                                           ----------------   ----------------
TOTALS                                            2,022.00           2,022.00
```

    Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                    /s/ Tom Vaughn
    Dated: 03/26/08                 _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE